Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CONWAY STORES, INC; *et al.*, <br><br> Defendants. | Case No.: CV 14-986-PA (SSx) <br> <u>Honorable Percy Anderson Presiding</u> <br><br> **ORDER ON STIPULATION TO ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

1

ORDER

<u>ORDER:</u>

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 14 (a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

<u>SO ORDERED</u>.

Date: September 13, 2014        By: _____
                                     HON. PERCY ANDERSON